UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HARBANS SINGH,

                    Petitioner,

        v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT FIELD
OFFICE DIRECTOR,

                    Respondent.

Case No. 2:24-cv-00705-RSL-TLF

ORDER DIRECTING PARTIES TO
PROVIDE STATUS UPDATE

        This is a federal immigration habeas corpus action filed pursuant to 28 U.S.C. §

2241. Currently pending before the Court is the Respondent's motion to dismiss

Petitioner's petition for writ of habeas corpus. Dkts. 1, 6. The Respondent has indicated

that Petitioner is detained under 8 U.S.C. § 1231 which governs the detention and

release of noncitizens who have been ordered removed. Dkt. 6.

        The Respondent describes the efforts it has made to effectuate Petitioner's

removal to India and argues that the 6-month presumptively reasonable period

necessary for U.S. Immigration and Customs Enforcement (ICE) to effectuate

Petitioner's removal has not yet expired. *Id.* Petitioner filed an opposition to the

Respondent's motion and argues, in part, that he is not likely to be removed in the

reasonably foreseeable future. Dkt. 10.

ORDER DIRECTING PARTIES TO PROVIDE STATUS
UPDATE - 1

1    The Court has reviewed ICE's Online Detainee Locator System and takes judicial

2   notice of it pursuant to Rule 201 of the Federal Rules of Evidence.[1] No record of

3   Petitioner appears in this system – indicating that petitioner may no longer be detained.

4   If this is the case, it appears the petition may be rendered moot. Furthermore, if this

5   record is incorrect and Petitioner remains detained, the Court notes that the six month

6   presumptively reasonable period for detention under 8 U.S.C. §1231 recently expired on

7   August 23, 2024.

8    Accordingly, the parties are directed to provide an update regarding Petitioner's

9   detention status not later than **September 16, 2024**. If Petitioner is no longer detained,

10   and has either been released or removed, the parties should address whether this

11   renders the petition moot. If Petitioner remains detained, the parties should provide an

12   update regarding the status of Petitioner's removal including the status of any travel

13   documents.

14   //

15   //

16   //

17

18

---

19   [1] *See* Online Detainee Locator System, <u>search (ice.gov)</u> (search performed both with
petitioner's A-number and "Search by Biographical Information" for name "Harbans
20   Singh" and country of birth "India") (last searched August 26, 2024); *see also
Arutyunovich v. Valinken*, No. 1:19-CV-01701, 2020 WL 1332495, at *1 (E.D. Cal. Mar.
21   23, 2020) (taking judicial notice of ICE Online Detainee Locator System); *Ahadpour v.
Whitaker*, No. 1:19-CV-00215, 2019 WL 6210572, at *1 (E.D. Cal. Nov. 21, 2019)
22   (same); *Daniel v. Att'y Gen.*, No. 19-62918, 2020 WL 13548073, at *1 (S.D. Fla. Jan.
13, 2020), *report and recommendation adopted sub nom. Daniel v. Att'y Gen. of United
23   States*, 2020 WL 13548075 (S.D. Fla. Feb. 5, 2020) (same).

24

25

ORDER DIRECTING PARTIES TO PROVIDE STATUS
UPDATE - 2

1    The Clerk is directed to RE-NOTE the Respondent's motion to dismiss (Dkt. 6)

2  for **September 16, 2024**, and to send copies of this order to the parties and to the

3  Honorable Robert S. Lasnik.

4    Dated this 26th day of August, 2024.

5

6

7  _____
   Theresa L. Fricke

8  United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER DIRECTING PARTIES TO PROVIDE STATUS
UPDATE - 3