1

2

3

4                     UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
5                              AT TACOMA

6    HARBANS SINGH,

7                          Petitioner,              Case No. 2:24-cv-00705-RSL-TLF

8           v.                                      ORDER TO SHOW CAUSE

9    UNITED STATES IMMIGRATION AND
     CUSTOMS ENFORCEMENT FIELD
     OFFICE DIRECTOR,
10
                          Respondent.
11

12          Petitioner proceeds *pro se* in this 28 U.S.C. § 2241 immigration habeas corpus

13   action. By order dated October 10, 2024, and amended order dated October 21, 2024,

14   the Court directed the Government to submit additional briefing on certain issues by

15   October 23, 2024, and provided petitioner the opportunity to respond to the additional

16   briefing by November 6, 2024. Dkts. 18, 20. The Court re-noted the Government's

17   motion to dismiss to November 6, 2024. *Id.*

18          On October 23, 2024, the Government filed a supplemental brief. Dkts. 21, 22,

19   23. Within the supplemental brief, the Government indicated that petitioner was

20   currently being detained at the Prairieland Detention Center in Texas. Dkt. 21. The

21   Government indicated that ICE had transferred petitioner to that location from the

22   Northwest Immigration Processing Center (NWIPC) on October 15, 2024, in anticipation

23   that it would receive petitioner's Indian travel document by October 22, 2024, when they

24

25

ORDER TO SHOW CAUSE - 1

intended to put him on a charter flight to India. *Id.* However, the Government indicated that the travel documents had not been issued -- though the Indian Consulate indicates they are being processed -- and petitioner was not removed on that date. *Id.* The Government indicates they anticipate petitioner will be returned to the NWIPC while ICE awaits issuance of his travel document. *Id.*

A. <u>Order to Show Cause:</u>

1. Because the Government anticipates petitioner will at some point be returned to NWIPC, but it is unclear when this will be or how long petitioner will remain at the Prairieland Detention Facility, the Court orders petitioner and the Government to show cause whether the Court should transfer this case to the Northern District of Texas. *See, Doe v. Garland*, 109 F.4th 1188 (9th Cir. 2024).

2. Petitioner shall file a response to the Order to Show Cause <u>on or before November 20, 2024</u>. The Government is also ordered to file a response to the Order to Show Cause, <u>on or before November 20, 2024</u>. The Clerk is directed to note the Order to Show Cause for **November 20, 2024**.

3. The Clerk is directed to re-note the Government's motion to dismiss (Dkt. 6) to **November 20, 2024**.

4. The Clerk is directed to send a copy of this order to petitioner at NWIPC and at the Prairieland Detention Center and to provide a copy of this order to respondent's counsel.

Dated this 30th day of October, 2024.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge