UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HARBANS SINGH,

                Petitioner,

    v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICE DIRECTOR,

                Respondent.

Case No. 2:24-cv-00705-RSL-TLF

ORDER TO SHOW CAUSE

This is a federal immigration habeas corpus action filed pursuant to 28 U.S.C. § 2241. Currently pending before the Court is the petitioner's federal habeas petition and the Government's motion to dismiss the petition. Dkts. 1, 6.

Upon review of the record, it appears that the declarations submitted in support of the Government's motion to dismiss (Dkts. 8, 16, 23) are deficient. Specifically, the declarations state that they are made pursuant to 28 U.S.C. § 1746 but fail to include the language required by that statute, namely, that the declarant "declare[s] (or certif[ies], verif[ies], or state[s]) under penalty of perjury that the foregoing is true and correct." *See* Dkts. 8, 16, 23.

Accordingly, the Court hereby ORDERS:

(1) On or before **December 18, 2024**, the Government shall either (1) show cause why these declarations should not be stricken, or (2) file corrected versions of the

ORDER TO SHOW CAUSE - 1

declarations as attachments to a praecipe pursuant to the Western District of Washington Local Civil Rule 7, subsection (m).

(2) The Clerk is directed to re-note the Government's motion to dismiss (Dkt. 6) to **December 18, 2024**.

Dated this 5th day of December, 2024.

Theresa L. Fricke
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2