# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| HARBANS SINGH,<br><br>　　　　　　　　Petitioner,<br>　　v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT FIELD OFFICE DIRECTOR,<br><br>　　　　　　　　Respondent. | Case No. 2:24-cv-00705-RSL-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the report and recommendation, the petition for writ of federal habeas corpus relief under 28 U.S.C. §2241, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is adopted and approved.

(2) The Government's request to transfer the petition is DENIED. The Government's motion to dismiss (Dkt. 6) is GRANTED. Petitioner's federal habeas petition (Dkt. 1) is DENIED. Petitioner's motion to stay removal (Dkt. 41) is DENIED. Petitioner's "motion request re: case transfer to Georgia" (Dkt. 37) is DENIED as moot. The action is dismissed.

(3) The Clerk is directed to send copies of this Order to petitioner, to Magistrate Judge Theresa L. Fricke and to any other party that has appeared in this action.

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

1 | Dated this 7th day of March, 2025.

*MWS Lasnik*
Robert S. Lasnik
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2